IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASE OLSEN, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00292-SPB |
| ) | |
| J.W. DIDADO ELECTRIC, LLC, ) | |
| ) | |
| Defendant ) | |
| | |
| KATHY A. FILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:19-cv-00105-SPB |
| ) | |
| HIGH LINE HELICOPTERS, LLC,, ) | |
| ) | |
| Defendant ) | |
| | |
| AMBER KOON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:19-cv-00106-SPB |
| ) | |
| HIGH LINE HELICOPTERS, LLC, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

And now, this 24th day of January, 2022, a telephonic conference shall be held in Case No. 1:18-cv-00292-SPB on Wednesday, January 26, 2022 at 10:00 A.M. EST.  Counsel are directed to join the telephonic conference by connecting to the invitation that will be forwarded by email.

Dated: January 24, 2022                                                            */s/Sean J. McLaughlin*
                                                                                              Signature of Special Master

# 2314678.v1